In the Matter of KAREN A. GOOSSEN, Appellant, v JOHN R. GOOSSEN, Respondent. [899 NYS2d 723]—Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered December 19, 2008 in a proceeding pursuant to Family Court Act article 8. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.

BRIAN POULSEN, Respondent, v LIGHTHOUSE ASSEMBLY AT HIGH FALLS, Appellant. [899 NYS2d 712]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered March 27, 2009 in a personal injury action. The order denied the motion of defendant for a change of venue.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: We conclude that Supreme Court properly denied defendant's motion for a change of venue of this action from Erie County to Monroe County. Defendant failed to meet its "burden of demonstrating that the convenience of material witnesses would be better served by the change" (*Davis v Firman*, 53 AD3d 1101, 1102 [2008] [internal quotation marks omitted]; *see* CPLR 510 [3]; *Rochester Drug Coop., Inc. v Marcott Pharmacy N. Corp.*, 15 AD3d 899 [2005]). Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.

ALBERT G. FRACCOLA, JR., Appellant, v PHYLLIS FRAC-COLA, Respondent, et al., Defendants. [899 NYS2d 713]—Appeal from an order of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered February 5, 2009. The order, among other things, granted the motion of defendant Phyllis Fraccola for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.